# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158511 & (71)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

EDWARD CASTLE, JR. and THE FILTER
DEPOT, LLC,
           Plaintiffs-Appellees/Cross-
           Appellants,

v

          SC: 158511
          COA: 337969
          Macomb CC: 2014-003568-CB

MARCIA SHOHAM, JONATHAN SHOHAM,
and MIDWEST AIR FILTER, INC.,
           Defendants-Appellants/Cross-
           Appellees.

_____/

       On order of the Court, the application for leave to appeal the August 7, 2018 judgment of the Court of Appeals and the application for leave to appeal as cross-appellants are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by the Court prior to the completion of the proceedings ordered by the Court of Appeals.

       VIVIANO, J., did not participate due to a familial relationship with the presiding circuit court judge in this case.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2019



s0624

               Clerk